# U.S. District Court
## Middle District of Florida (Jacksonville)
### CIVIL DOCKET FOR CASE #: 3:19−cv−00897−BJD−JRK

Cobb v. Monsanto Company
Assigned to: Judge Brian J. Davis
Referred to: Magistrate Judge James R. Klindt
Demand: $75,000
Cause: 28:1332 Diversity−Product Liability

Date Filed: 08/01/2019
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Charlotte Cobb**
*an individual*

represented by **Kevin P. Sullivan**
The Sullivan Law Firm
Suite 4600
701 Fifth Avenue
Seattle, WA 98104
206−682−9500
Fax: 206/260−2060
Email: k.sullivan@sullivanlawfirm.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas N. Petersen**
Black, Chapman, Petersen & Stevens
Suite 209
221 Stewart Avenue
Medford, OR 97501
541−772−9850
Fax: 541−779−7430
Email: petersen@blackchapman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Shakib**
Terrell Hogan, PA
8th Floor
233 E Bay St
Jacksonville, FL 32202
904/632−2424
Fax: 904/632−2027
Email: shakib@terrellhogan.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Monsanto Company**

| Date Filed | # | Docket Text |
|---|---|---|

| 08/01/2019 | Ï 1 | COMPLAINT against Monsanto Company with Jury Demand (Filing fee $ 400 receipt number 113A–15754987) filed by All Plaintiffs. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons)(Shakib, Christopher) Modified on 8/2/2019 (PAM). Counsel notified to refile summons Modified on 8/15/2019 (PAM). Stricken Per Order Doc. 12 (Entered: 08/01/2019) |
|---|---|---|
| 08/01/2019 | Ï 2 | NEW CASE ASSIGNED to Judge Brian J. Davis and Magistrate Judge James R. Klindt. New case number: 3:19–cv–897–J–39JRK. (SJB) (Entered: 08/01/2019) |
| 08/02/2019 | Ï 3 | NOTICE to counsel of Local Rule 2.02 as to Counsel Kevin P. Sullivan (signed by deputy clerk). (PAM) (Entered: 08/02/2019) |
| 08/02/2019 | Ï 4 | NOTICE to counsel of Local Rule 2.02 as to Counsel Thomas N. Petersen (signed by deputy clerk). (PAM) (Entered: 08/02/2019) |
| 08/02/2019 | Ï 5 | NOTICE by Charlotte Cobb *of Filing* (Attachments: # 1 Proposed Summons)(Shakib, Christopher) (Entered: 08/02/2019) |
| 08/02/2019 | Ï 6 | SUMMONS issued as to Monsanto Company. (BD) (Entered: 08/02/2019) |
| 08/09/2019 | Ï 7 | **NOTICE of designation under Local Rule 3.05 – track 2. Signed by Deputy Clerk on 8/9/2019. (Attachments: # 1 Case Management Report Form, # 2 Consent Letter and Form)(CKS)** (Entered: 08/09/2019) |
| 08/12/2019 | Ï | ***PRO HAC VICE FEES paid by attorney Kevin P. Sullivan, appearing on behalf of Charlotte Cobb (Filing fee $150 receipt number JAX031451.). (AFC) (Entered: 08/13/2019) |
| 08/12/2019 | Ï | ***PRO HAC VICE FEES paid by attorney Thomas N. Petersen, appearing on behalf of Charlotte Cobb (Filing fee $150 receipt number JAX031451.). (AFC) (Entered: 08/13/2019) |
| 08/13/2019 | Ï 8 | MOTION for Kevin P. Sullivan to appear pro hac vice by All Plaintiffs. (Shakib, Christopher) Motions referred to Magistrate Judge James R. Klindt. (Entered: 08/13/2019) |
| 08/13/2019 | Ï 9 | MOTION for Thomas A. Petersen to appear pro hac vice by All Plaintiffs. (Shakib, Christopher) Motions referred to Magistrate Judge James R. Klindt. Modified on 8/13/2019 (PAM). Counsel directed to refile pleading no signature on signature block. Chambers notified. (Entered: 08/13/2019) |
| 08/13/2019 | Ï 10 | MOTION for Thomas N. Peterson to appear pro hac vice by All Plaintiffs. (Shakib, Christopher) Motions referred to Magistrate Judge James R. Klindt. (Entered: 08/13/2019) |
| 08/14/2019 | Ï 11 | **ORDER granting 8 and 10 Motions for Admission of Kevin P. Sullivan and Thomas N. Petersen Pro Hac Vice and Written Designations and Consents to Act. Kevin P. Sullivan and Thomas N. Petersen are permitted to appear pro hac vice on behalf of Plaintiff with Christopher Shakib as local counsel. Mr. Sullivan and Mr. Petersen shall expeditiously ensure mandatory registration with the Court's electronic case filing (ECF) system, if they have not already done so. Signed by Magistrate Judge James R. Klindt on 8/14/2019. (MDC)** (Entered: 08/14/2019) |
| 08/14/2019 | Ï 12 | **ORDER STRIKING 1 Complaint. No later than August 28, 2019, Plaintiff shall file an amended complaint consistent with the directives of this Order. Failure to do so may result in dismissal of this action. Signed by Judge Brian J. Davis on 8/14/2019. (AMP)** (Entered: 08/14/2019) |
| 08/28/2019 | Ï 13 | RESPONSE re 12 Order to strike filed by Charlotte Cobb. (Sullivan, Kevin) (Entered: 08/28/2019) |
| 08/28/2019 | Ï 14 | AMENDED COMPLAINT *for Damages* against Monsanto Company with Jury Demand. filed by Charlotte Cobb. Related document: 1 Complaint filed by Charlotte Cobb.(Sullivan, Kevin) (Entered: 08/28/2019) |